UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| CHARLES FORTE, ) | |
| ) | |
| *Petitioner*, ) | |
| v. ) | Nos. 1:03-cv-399 / 1:00-cr-164 |
| ) | *Edgar / Lee* |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| *Respondent.* ) | |

## JUDGMENT

In accordance with the accompanying memorandum opinion and order, the motion by Charles Forte for post-conviction relief under 28 U.S.C. § 2255 is **DENIED and DISMISSED WITH PREJUDICE**.

Pursuant to 28 U.S.C. § 1915(a)(3) and Rule 24 of the Federal Rules of Appellate Procedure, this Court **CERTIFIES** that any appeal from this judgment would be entirely frivolous and not taken in good faith. Accordingly, any application by Charles Forte for leave to proceed on appeal *in forma pauperis* is **DENIED**. If Charles Forte should timely file a notice of appeal, the Court will treat such notice of appeal as an application for a certificate of appealability which is **DENIED** pursuant to 28 U.S.C. § 2253(c) and Rule 22(b) of the Federal Rules of Appellate Procedure. The Court finds that Charles Forte has not made a substantial showing of the denial of a right secured to him under the United States Constitution.

The Clerk of Court shall close the record in this case.  This is **FINAL JUDGMENT.**

SO ORDERED.

ENTER this *1st day of February, 2006*.

                                        */s/  R. Allan Edgar*
                                          R. ALLAN EDGAR
                                   UNITED STATES DISTRICT JUDGE